**Opinion issued November 26, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00461-CV

———————————

**RODAN TRANSPORT USA LTD., D/B/A AVEDA TRANSPORTATION AND ENERGY SERVICES, Appellant**

**V.**

**NABORS DRILLING TECHNOLOGIES USA, INC., Appellee**

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 2020-01988

## MEMORANDUM OPINION

The parties have filed an "Agreement to Set Aside the Trial Court Judgment and Remand to the Trial Court." They represent that they have reached an agreement to settle this matter and ask that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in

accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties also asked that costs be taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

We grant the motion, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We direct the Clerk of this Court to tax costs against the party incurring same. *See* TEX. R. APP. P. 42.1(d). We further direct the Clerk of this Court to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1; *Sam's Limousine & Transp., Inc. v. CIVE, Inc.*, No. 01-22-00955-CV, 2024 WL 39831, at *1 (Tex. App.—Houston [1st Dist.] Jan. 4, 2024, no pet.) (mem. op.) (directing Clerk of Court to issue mandate within 10 days of opinion).

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.